# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BRYAN LYTHELL JONES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2486

[November 7, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 50-2013-CF-012747-AXXX-MB.

Bryan Lythell Jones, Crestview, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***